AO 442 (Rev. 11/11) Arrest Warrant

JJI: USAO#2020R00127

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   1:21-mj-2421 TMD |
| Elias Nick Costianes, Jr. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

**ENTERED**
**FILED** _____ **RECEIVED**
**LOGGED**

SEP 2 1 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Elias Nick Costianes, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846        Conspiracy to distribute and to possess with intent to distribute a controlled substance
18 U.S.C. § 922(g)(3)        Possession of firearms and ammunition by unlawful user of any controlled substance

Date:   8/23/2021

_____
*Issuing officer's signature*

City and state:    Baltimore, Maryland

Hon. Thomas M. DiGirolamo, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  8/23/2021 , and the person was arrested on *(date)*  9/1/2021 |
| at *(city and state)*  Baltimore, Maryland . |
| Date:  9/1/21            _____ |
| *Arresting officer's signature* |
| TerryAnn Burns ; Special Agent |
| *Printed name and title* |