# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ELIAS COSTIANES,<br><br>           Defendant. | Case No.: 1:21-mj-2421 TMD<br><br>**DEFENDANT'S STATUS REPORT** |

COMES NOW, Elias Costianes, through counsel, pursuant to this court's order of April 4, 2022, to advise the court of the status of the case. In response counsel would state:

1. Counsel has been advised that discovery is complete
2. All pretrial motions have been filed.
3. Motions hearing is set for May 23, 2022, at 11:00 a.m.
4. The pretrial conference is set for September 1, 2022.
5. Trial is set for September 12, 2022.

Dated: April 6, 2022

                                                                Respectfully submitted,

| | | |
|---|---|---|
| *United States v. Elias Costianes*<br>Case No. 1:21-mj-2421 TMD<br>Defendant's Status Report<br><br>STATUS REPORT<br>2022040622/04/06 09:06:16 | | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone:  202.638.4100<br>Email:  dcgunlaw@gmail.com |

                                          _____
Joseph R. Conte
Counsel for Elias Costianes
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:      202.638.4100
Fax:          202.628.0249
Email:   dcgunlaw@gmail.com