# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND
SOUTHERN DIVISION
6411 IVY LANE, STE. 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

**JAMES WYDA**                                                                                                             **PARESH S. PATEL**
FEDERAL PUBLIC DEFENDER                                    ASSISTANT FEDERAL PUBLIC DEFENDER

May 27, 2024

The Honorable James K. Bredar
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Elias Nick Costianes, Jr.*
                Criminal No.: JKB-21-458

Dear Judge Bredar:

      I write to clarify the parties' position on Mr. Costianes's pending 28 U.S.C. § 2255 motion (ECF No. 96). On May 20, 2024, the parties filed a joint motion requesting that that the Court (1) grant Mr. Costianes's § 2255 motion challenging his sentence on grounds of ineffective assistance of counsel, (2) vacate his sentence, and (3) schedule a resentencing hearing. In that motion, the parties also agreed that this joint resolution resolves any remaining claims pending in his *pro se* § 2255 motion relating to Mr. Costianes's guilty plea and sentence. (ECF No. 121). However, on May 23, 2024, this Court filed on Order requesting that the parties clarify their position on the status of Mr. Costianes's remaining claims unrelated to his sentencing. (ECF No. 122). Mr. Costianes now clarifies that he withdraws all his remaining claims in his pending § 2255 motion unrelated to ineffective assistance of counsel at sentencing.

                                                Sincerely,

                                                /s/

                                                Paresh S. Patel
                                                Assistant Federal Public Defender

cc:    P. Michael Cunningham, Esq.
       Assistant United States Attorney

       Elias Nick Costianes, Jr.