IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| UNITED STATES | : | |
|---|---|---|
| | : | |
| v. | : | Case No. JKB-21-0458 |
| ELIAS COSTIANES, | : | |
| Defendant | : | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, Elias Costianes, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment and sentence imposed in this action as set forth in open court and as recorded in the judgment docketed on September 24, 2024.

Dated: October 7, 2024

                                      Respectfully submitted,

                                      JAMES WYDA
                                      Federal Public Defender

                                      _____/s/_____
                                      ANDREW R. SZEKELY
                                      PARESH PATEL
                                      Assistant Federal Public Defenders
                                      100 South Charles Street
                                      Tower II, 9th Floor
                                      Baltimore, Maryland 21201
                                      Phone: (410) 962-3962
                                      Fax: (410) 962-0872
                                      Email: andrew_szekely@fd.org
                                               paresh_patel@fd.org