IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

V.                               *     CASE NO. 21-cr-00458-JKB-1

ELIAS NICK COSTIANES, JR.        *

## ORDER

Upon consideration of the Defendant's Motion for Leave to Withdraw as Counsel and Request for Brief Extension to File Supplemental Response to Rule 48 Motion, it is this 20 day of May; 2025, hereby ORDERED that the Motion is GRANTED as follows:

1. The Court hereby strikes the appearance of Megan E. Coleman, Esq.; and
2. The Defendant and the Government shall file any Supplement to the Rule 48 Motion by June 4, 2025.

HONORABLE JAMES K. BREDAR
U.S. DISTRICT COURT JUDGE
FOR THE DISTRICT OF MARYLAND