IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,        *

                                 *

  v.                             *        Case No.  1:21-cr-00458-JKB

Elias Nick Costianes             *

  Defendant.                     *

**ENTRY OF APPEARANCE IN A CRIMINAL CASE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, **ELIAS NICK COSTIANES**.
I certify that:

☑ I am admitted to practice in this Court.

☐ I have been appointed to represent the defendant by the following United States court: _____.

May 28, 2025
Date

/s/ *Carolyn A. Stewart*
Signature

Carolyn A. Stewart    Bar# 31597
Printed name and bar number

Stewart Country Law PA
Firm name

1204 Swilley Rd. Plant City, FL 33567
Address

carolstewart_esq@protonmail.com
Email address

813-659-5178
Telephone number

813-365-3183
Fax number

Please select your designation:

☐ CJA     ☐ Retained     ☐ Public Defender     ☒ Pro Bono